## CASH v. STATE. (7 Div. 885.)

(Court of Appeals of Alabama. June 30, 1923.)

Criminal law ⊜⇒201—Prosecution in federal court no bar to prosecution under state law.

A prosecution in federal court for manufacturing whisky was no bar to prosecution in state court on the same facts.

Appeal from Circuit Court, Etowah County; Woodson J. Martin, Judge.

Leonard Cash was convicted of manufacturing whisky, and appeals. Affirmed.

Harwell G. Davis, Atty. Gen., for the State.

No brief reached the Reporter.

SAMFORD, J. The defendant pleads in bar of this prosecution a former conviction in the federal court on the same facts made the foundation of this prosecution. To this plea demurrer was properly sustained. Tribble v. State, ante, p. 172, 95 South. 827; Gilbert v. State, ante, p. 104; 95 South. 502.

There is no error in the record, and the judgment is affirmed.

Affirmed.